IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STEFAN DAPERGOLAS )<br><br>Plaintiff, )<br><br>v. )<br><br>CSC CREDIT SERVICES, INC.; EQUIFAX )<br>INFORMATION SERVICE, LLC; EXPERIAN )<br>INFORMATION SOLUTIONS, INC.; TRANS )<br>UNION LLC; AND AMERICAN EXPRESS )<br><br>Defendants. ) | Case No. 1:23-cv-00459-LM |

**<u>NOTICE OF DISMISSAL OF ACTION DUE TO SETTLEMENT</u>**

NOW COMES, the Plaintiff Stefan Dapergolas, by and through his counsel and hereby notices this court that this matter has been resolved in full and requests that this matter be dismissed.

                Respectfully submitted,
                Stefan Dapergolas
                By his Attorney:

Date: 01/03/2024                _____/s/ Keith Mathews_____
                                          Keith A. Mathews, Esquire
                                          NH Bar No. 20997
                                          American Wealth Protection
                                          1000 Elm Street Suite 800
                                          Manchester, NH 03101
                                          (603) 622-8100
                                          keith@awplegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a copy of the foregoing was served to all registered parties through the CMECF system.

                                                     /s/ Keith Mathews
                                             Keith A. Mathews, Esquire