UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE (CONCORD)

STEFAN DAPERGOLAS,                                                   CASE NO. 1:23-cv-00459-LM
       Plaintiff,

vs.

CSC CREDIT SERVICES, INC.;
EQUIFAX INFORMATION SERVICES,
LLC; EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANS UNION LLC; and AMERICAN
EXPRESS;
       Defendants.

### DEFENDANT TRANS UNION, LLC'S
### MOTION FOR SUMMARY JUDGMENT

Defendant consumer reporting agency Trans Union, LLC ("Trans Union"), by counsel, submits its Motion For Summary Judgment (the "Motion").

The Motion should be granted in this unprosecuted alleged Fair Credit Reporting Act ("FCRA") case where Plaintiff has entirely failed to provide any evidence to support her claims that Trans Union failed to correct alleged fraudulent charges on Plaintiff's admittedly owned American Express account on his credit report, where Plaintiff has taken no action whatsoever in the prosecution of his claims and because:

    A.    Plaintiff's refusal to respond at all to Trans Union's Requests For Admission properly served over 2 months ago – now deemed admitted as a matter of law – and Trans Union's reliance thereon provide an independently sufficient basis for granting the Motion, where Trans Union has reasonably relied upon them, discovery has closed and there are no merits to preserve by withdrawal.

    Accordingly:

1. Plaintiff's claims regarding the reporting and verification of information on his credit file fail as a matter of law because Plaintiff admits that Trans Union did not report inaccurate information about him to a third party, that Trans Union followed reasonable procedures to assure maximum possible accuracy of the information Trans Union reported about him and Trans Union's reinvestigations of Plaintiff's disputes regarding the information on Plaintiff's Trans Union credit file were reasonable; and

2. Plaintiff's claims against Trans Union also fail as a matter of law because Plaintiff admits that he did not suffer any damages as a result of Trans Union's conduct.

The bases for the Motion are more fully described in Trans Union's Memorandum in Support of its Motion For Summary Judgment, filed contemporaneously herewith.

Thus, Defendant Trans Union, LLC respectfully requests that the Court grant its Motion For Summary Judgment, dismiss Plaintiff's claims against Trans Union and award Trans Union any and all other just and proper relief.

Date:  January 3, 2025                                    Respectfully submitted,


                */s/ William M. Huse*
                William M. Huse, Esq. (IN# 31622-49)
                (admitted *Pro Hac Vice)*
                Quilling, Selander, Lownds, Winslett
                 & Moser, P.C.
                10333 North Meridian Street, Suite 200
                Indianapolis, IN 46290
                Telephone:  (317) 497-5600, Ext. 603
                Fax:  (317) 899-9348
                E-Mail: whuse@qslwm.com

*Counsel for Defendant Trans Union, LLC*


Lisa Snow Wade, Esq. (NH Bar No. 5595)
Orr & Reno, P.A.
45 South Main Street, P.O. Box 3550
Concord, NH  03302-3550
Telephone:  603-223-9150
Fax:  603-223-9050
E-Mail:  lwade@orr-reno.com

*Local Counsel for Defendant Trans Union, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **3rd day of January, 2025**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Keith A. Mathews, Esq.<br>keith@awplegal.com | Brandon L. Arber, Esq.<br>barber@shb.com |
|---|---|
| Christopher Cole, Esq.<br>ccole@sheehan.com | Danielle Andrews Long, Esq.<br>dlong@rc.com |
| Patrick L. Wright, Esq.<br>pwright@jonesday.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **3rd day of January, 2025**, properly addressed as follows:

| None | |
|---|---|

*/s/ William M. Huse*
William M. Huse, Esq. (IN# 31622-49)
 (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 603
Fax: (317) 899-9348
E-Mail: whuse@qslwm.com

*Counsel for Defendant Trans Union, LLC*