**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE (CONCORD)**

---

STEFAN DAPERGOLAS,                              CASE NO. 1:23-cv-00459-LM
        Plaintiff,

vs.

CSC CREDIT SERVICES, INC.;
EQUIFAX INFORMATION SERVICES,
LLC; EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANS UNION LLC; and AMERICAN
EXPRESS;
        Defendants.

---

**DECLARATION OF ROGER POWELL-LONG IN SUPPORT OF TRANS UNION, LLC'S MOTION FOR SUMMARY JUDGEMENT**

---

I, Roger Powell-Long, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a Specialist I in the Litigation Support department of Trans Union, LLC ("Trans Union"), am authorized to make this Declaration on its behalf and have personal knowledge of the matters contained herein.

2. On behalf of Trans Union, I make this Declaration in support of Trans Union's Motion For Summary Judgment (the "Motion"), and for the purpose of introducing copies of documents that may be considered in connection with the Motion.

3. Trans Union is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act (the "FCRA"), 15 U.S.C. § 1681a(f).

4. Trans Union maintains procedures to record and maintain correspondence from consumers related to their Trans Union consumer credit files.

5. Trans Union has, at all times, maintained reasonable procedures to assure the maximum possible accuracy of the information appearing in Plaintiff's Trans Union credit file.

6. Trans Union has numerous and varied procedures and systems to ensure on an ongoing basis that the furnishers of information ("Furnishers") are providing accurate information including:

    a. Initial site inspections of Furnishers when entering into a contractual relationship with them;

    b. Initial review of due diligence investigation information to make sure that a Furnisher is a creditworthy financial institution;

    c. Distribution of relevant manuals to Furnishers or ensuring that the have access to such manuals;

    d. Training for Furnishers;

    e. Audits of Furnisher data before and after they are permitted to transmit information;

    f. Systems which alert it of unusual numbers of complaints, or a higher than expected number of adverse items reported by Furnishers;

    g. Initial and thereafter monthly and yearly audits, monitoring and accuracy checks of the information Furnishers provide to make sure that the data provided is accurate; and

    h. When Trans Union's procedures indicate a Furnisher is unreliable, the Furnisher's information is suppressed and removed from consumer reports until the information is corrected.

7. In general, when Trans Union receives a dispute from a consumer, Trans Union investigates the dispute using manual or electronic systems, including the use of Automated Consumer Dispute Verification forms ("ACDVs").

8. Through these systems, Trans Union sends to the Furnisher the information Trans Union is reporting about the consumer, tells the Furnisher what the consumer's dispute is, and asks the Furnisher to determine whether the information is reporting to Trans Union is correct and complete.

9. Whenever a Furnisher responds to a reinvestigation of a dispute, Trans Union requires it to expressly certify that the information in its responses is correct, that it has verified the accuracy of the entire items in compliance with all legal requirements and records will be adjusted to reflect any changes noted

10. Trans Union has no record of receiving any dispute from Plaintiff in the five years prior to Plaintiff's filing of this litigation.

11. At all times, Trans Union reasonably relied on the reliable furnisher of credit information reporting of the Plaintiff's American Express account (the "Account").

12. At all times, Trans Union had not received any notice of any potential inaccuracy related to the Account.

13. Trans Union has, at all times, maintained reasonable procedures to assure the maximum possible accuracy of the information appearing in Plaintiff's Trans Union credit file.

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on:  01/02/2025            Signature:  *Roger Powell-Long*

                                        Printed:   Roger Powell-Long