# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STEFAN DAPERGOLAS,<br><br>    Plaintiff,<br><br>v.<br><br>CSC CREDIT SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, AMERICAN EXPRESS<br><br>    Defendants. | **Case No. 1:23-cv-459-LM** |

## ASSENTED-TO STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES, Plaintiff Stefan Dapergolas, by and through his counsel and hereby notices this Court that this matter has been resolved in full and requests that this matter be dismissed with prejudice upon stipulation. All parties who have appeared assent to this Stipulation of Dismissal through their undersigned counsel.

Dated:  January 16, 2025                                Respectfully submitted,

                                                                          */s/ Keith Mathews*
                                                                         Keith A. Mathews, Esquire
                                                                         NH Bar No. 20997
                                                                         AMERICAN WEALTH PROTECTION
                                                                         1000 Elm Street Suite 800
                                                                         Manchester, NH 03101
                                                                         Telephone: (603) 622-810
                                                                         Email: keith@awplegal.com

                                                                         *Counsel for Plaintiff*
                                                                         *Stefan Dapergolas*

<div style="column-count:2">

*/s/ Brandon L. Arber*
Brandon L. Arber, Esq.
SHOOK, HARDY & BACON, LLP
One Federal St., Ste. 2540
Boston, MA 02110
Telephone: (617) 531-1411
Email: barber@shb.com

*Counsel for Defendant*
*American Express Credit Corporation*

*/s/ Megan C. Carrier*
Megan C. Carrier
SHEEHAN PHINNEY BASS & GREEN, PA
1000 Elm Street, Manchester, NH 03101
Telephone: (603) 627-8103
Email: mcarrier@sheehan.com

*/s/ Patrick L. Wright*
Patrick L. Wright (admitted *pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3610
Email: pwright@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

*/s/ Danielle Andrews Long*
Danielle Andrews Long
ROBINSON & COLE LLP
One Boston Pl, Flr 25
Boston, MA
Telephone: (617) 557-5934
Email: dlong@rc.com

*Counsel for Defendant*
*Equifax Information Services, LLC*

*/s/ Lisa Snow Wade*
Lisa Snow Wade
ORR & RENO PA
PO Box 3550
45 S Main St
Concord, NH 03302
Telephone: (603) 224-2381
Email: lwade@orr-reno.com

*/s/ William M. Huse*
William M. Huse
QUILLING SELANDER LOWNDS WINSLETT MOSER
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600
Email: whuse@qslwm.com

*Counsel for Defendant*
*Trans Union, LLC*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was served to all registered parties through the CM/ECF system.

*/s/ Keith Mathews*

Keith A. Mathews, Esquire